**JESSE S. HERNANDEZ (Bar No. 92708)**
    jsh@amclaw.com
**VANESSA H. WIDENER (Bar No. 203967)**
    vhw@amclaw.com
**JENNIFER S. MUSE (Bar No. 211779)**
    jsm@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
**Thirty-First Floor**
**444 South Flower Street**
**Los Angeles, California  90071-2901**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

Attorneys for Plaintiff FDIC, as
conservator of INDYMAC FEDERAL BANK,
F.S.B.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> GENEVA MORTGAGE CORP., <br><br> Defendant. | Case No. CV 07-1914 R (MANx) <br><br> **PARTIAL SUMMARY JUDGMENT** <br><br> Trial Date:  February 3, 2009 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This action came on for hearing on December 8, 2008, before the Honorable Manuel L. Real, District Court Judge Presiding, on a Motion for Partial Summary Judgment.  The evidence presented having been fully considered, the issues having been duly heard and decisions having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that defendant GENEVA MORTGAGE CORPORATION ("GENEVA") breached the terms of the contract between GENEVA and plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, as conservator for INDYMAC FEDERAL BANK, F.S.B. ("INDYMAC") as it relates to the fourteen (14) mortgage loans sold to INDYMAC and identified in INDYMAC's Motion for Partial Summary Judgment as

711083.1 5662.037

[PROPOSED] PARTIAL SUMMARY JUDGMENT

the Archer I and II Loans, Clarke I and II Loans, Frasile Loan, Laluisa I and II Loans, Perez Loan, Pratt I and II Loans, Puckett Loan, Reyes Loan, Rivera I and II Loans.  As a result, partial summary judgment in the amount of **$2,352,255.42** is awarded against GENEVA, plus interest, attorneys' fees and costs, and said award shall be included in any judgment rendered in this case.

DATED: December 30, 2008

_____
The Hon. Manuel L. Real
U.S. District Court Judge,
Central District of California

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Thirty-First Floor, 444 South Flower Street, Los Angeles, California 90071-2901.

On December 17, 2008, I served the following document(s) described as **[PROPOSED] PARTIAL SUMMARY JUDGMENT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| S. Keven Steinberg, Esq.<br>Steinberg Law Offices<br>11500 West Olympic Blvd., Suite 316<br>Los Angeles, CA  90064<br>Telephone: (310) 268-0781<br>Facsimile: (310) 268-0790 | Attorney for<br>Defendant, Geneva<br>Mortgage |
| Michael H. Golland, Esq.<br>Rosen Feig Golland & Lunn LLP<br>9454 Wilshire Blvd., Suite 850<br>Beverly Hills, CA  90212<br>Telephone: (310) 275-0562<br>Facsimile: (310) 275-0563 | Attorneys for<br>Defendant, Geneva<br>Mortgage |

**BY MAIL:** I am "readily familiar" with Anderson, McPharlin & Conners' practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on December 17, 2008, at Los Angeles, California.

Crystal S. Hill

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

711083.1 5662.037