**JESSE S. HERNANDEZ (Bar No. 92708)**
  jsh@amclaw.com
**VANESSA H. WIDENER (Bar No. 203967)**
  vhw@amclaw.com
**JENNIFER S. MUSE (Bar No. 211779)**
  jsm@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
**Thirty-First Floor**
**444 South Flower Street**
**Los Angeles, California  90071-2901**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

Attorneys for Plaintiff FDIC, as
conservator of INDYMAC FEDERAL BANK,
F.S.B.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INDYMAC BANK, F.S.B., | Case No. CV 07-1914 R (MANx) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| GENEVA MORTGAGE CORP., | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This action came on for hearing on December 8, 2008, before the Honorable Manuel L. Real, District Court Judge Presiding, on a Motion for Partial Summary Judgment and a Motion to Compel the Deposition of Keith Haffner and Request for Terminating and Monetary Sanctions.  The Court made the following Orders:

1.  On December 30, 2008, the Court entered a Partial Summary Judgment against defendant GENEVA MORTGAGE CORPORATION ("GENEVA").  Pursuant to the Partial Summary Judgment, the Court ruled that GENEVA breached the terms of the contract between GENEVA and plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, as conservator for INDYMAC FEDERAL BANK, F.S.B. ("INDYMAC") as it

1. relates to the mortgage loans sold to INDYMAC and identified in INDYMAC's Motion for Partial Summary Judgment as the Archer I and II Loans, Clarke I and II Loans, Frasile Loan, Laluisa I and II Loans, Perez Loan, Pratt I and II Loans, Puckett Loan, Reyes Loan, Rivera I and II Loans.  Partial Summary Judgment in the amount of **$2,352,255.42** is awarded against GENEVA, plus interest, attorneys' fees and costs and that damages award would be included in the final judgment of the Court.

2. On December 30, 2008, the Court entered an Order for terminating sanctions against GENEVA pursuant to Federal Rule of Civil Procedure 37(d)(1)(A), struck GENEVA's Answer to the Complaint and entered GENEVA's default judgment.

As a result of the foregoing, the evidence presented having been fully considered, the issues having been duly heard and decisions having been duly rendered,

**IT IS HEREBY ORDERED AND DECREED** judgment is rendered in favor of the FEDERAL DEPOSIT INSURANCE CORPORATION, as conservator for INDYMAC FEDERAL BANK, F.S.B. and against GENEVA MORTGAGE CORP., in the amount of **$2,352,255.42** plus interest, attorneys' fees, and costs as set forth in INDYMAC's Application for Attorneys' Fees and its Bill of Costs filed on January 13, 2009.

DATED:  January 23, 2009

_____
The Hon. Manuel L. Real
U.S. District Court Judge,
Central District of California

2
[PROPOSED] JUDGMENT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

    I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is Thirty-First Floor, 444 South Flower Street, Los Angeles, California 90071-2901.

    On January 13, 2009, I served the following document(s) described as **[PROPOSED] JUDGMENT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Bob Bellar<br>Geneva Mortgage Corp.<br>100 North Centre Avenue<br>Rockville Centre, NY  11570<br>Telephone: (888) 338-3863 | Defendant in Pro Per |
| Geneva Mortgage Corp.<br>1767 Morris Avenue<br>Union, NJ  07083<br>Attention:  Bob Bellar<br>Telephone: (908) 687-2000 | Defendant in Pro Per |

**BY CERTIFIED MAIL:**  I am "readily familiar" with Anderson, McPharlin & Conners' practice for collecting and processing correspondence for mailing with the United States Postal Service.  Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business.  Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed on January 13, 2009, at Los Angeles, California.

Sherry A. Plouff

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

714464.1 5662.037